

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS, | § | No. 08-19-00043-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law No. 2 |
| MICHAEL ANTHONY COLLASO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170C08725) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court erred in finding that Appellee's due process rights were violated. We therefore reverse the trial court's order dismissing the information and remand this matter for further proceedings in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF APRIL, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.